## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIEL RETZ,** | ) | **CASE NO. 8:11CV169** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **OFFICER ADAM TURNBALL, in his** | ) | |
| **individual and official capacity,** | ) | |
| **DETECTIVE WILLIAM SEATON, in** | ) | |
| **his individual and official capacity,** | ) | |
| **SERGEANT STEVEN GARCIA, in** | ) | |
| **his individual and official capacity,** | ) | |
| **and THE CITY OF OMAHA,** | ) | |
| **NEBRASKA,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's unopposed Voluntary Dismissal Without Prejudice Against Defendants Turnball and Garcia Only (Filing No. 25).  Under Federal Rule of Civil Procedure 41(a)(2) the Court finds that the Voluntary Dismissal should be granted and the action should be dismissed as against Officer Adam Turnball and Sergeant Steven Garcia, without prejudice.  Accordingly,

IT IS ORDERED:

1. The Plaintiff's Voluntary Dismissal Without Prejudice Against Defendants Turnball and Garcia Only (Filing No. 25) is granted; and

2. The Plaintiff's claims against Defendants Officer Adam Turnball and Sergeant Steven Garcia, are dismissed, without prejudice; and

3. The Clerk is instructed to remove Officer Adam Turnball and Sergeant Steven Garcia from the case caption.

DATED this 1st day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge