IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL RETZ,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM SEATON, Detective, in his individual and official capacity; and The CITY OF OMAHA, Nebraska;<br><br>　　　　　　　Defendants. | 8:11CV169<br><br>ORDER |

　　　　This matter is before the Court on the Plaintiff's Motion to Allow Remote Witness Testimony or to Admit Videotaped Deposition in Lieu of Testimony (Filing No. 46) and the Findings and Recommendation (Filing No. 54) of Magistrate Judge F.A. Gossett. Judge Gossett recommends that Plaintiff's Motion be denied. Plaintiff has objected to the Findings and Recommendation (Filing No 55), and the Court has conducted a de novo review of Plaintiff's Motion as required by 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Based on that review, the Court overrules Plaintiff's objection, and adopts the Findings and Recommendation in their entirety. Accordingly,

　　　　IT IS ORDERED:

　　　　1.　　The Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 54) are adopted in their entirety;

　　　　2.　　Plaintiff's Objection to the Findings and Recommendation (Filing No. 55) is overruled; and

　　　　3.　　Plaintiff's Motion to Allow Remote Witness Testimony or to Admit Videotaped Deposition in Lieu of Testimony (Filing No. 46) is denied.

Dated this 28th day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge