## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL RETZ, | ) | CASE NO. 8:11CV169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DETECTIVE WILLIAM SEATON, in his individual and official capacity, and THE CITY OF OMAHA, NEBRASKA, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion in Limine Regarding Trial Deposition Objections (Filing No. 91) relating to objections to portions of the trial depositions of Edward v. Fehringer, M.D. (Filing No. 92-1) and Mark E. Dietrich, M.D. (Filing No. 92-2).

IT IS ORDERED:

1. All designated objections in the trial deposition of Edward V. Fehringer, M.D. (Filing No. 92-1), are overruled; and

2. All designated objections in the trial deposition of Mark E. Dietrich, M.D. (Filing No. 92-2), are overruled, except:

    Page 11, Line 16; Page 27, Line 7; and Page 35, Line 13,

    which objections are sustained.

DATED this 4th day of April, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge