IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DANIEL RETZ, | CASE NO. 8:11CV169 |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| DETECTIVE WILLIAM SEATON, in his individual capacity, | |
| Defendant. | |

This matter was before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, Daniel Retz, and against the Defendant, Detective William Seaton in his individual capacity, in the amount of $31,505.23.

Dated this 19th of April, 2013

BY THE COURT

s/Laurie Smith Camp
Chief United States District Judge