IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DANIEL RETZ,**<br><br>    Plaintiff,<br><br> vs.<br><br>**DETECTIVE WILLIAM SEATON, in his individual and official capacity;**<br><br>    Defendant. | **CASE NO. 8:11CV169**<br><br>**ORDER** |

  This matter is before the Court on the Plaintiff's Motions for Attorney Fees and Expenses (Filing Nos. 147 and 148) and the parties' Joint Stipulation Regarding Attorney Fees and Expenses (Filing No. 153). The parties have stipulated that Plaintiff's Motions should be granted, and that attorney fees and expenses should be awarded to Plaintiff in the combined total amount of $67,951.60. Accordingly,

  IT IS ORDERED:

  1. Plaintiff's Motions for Attorney Fees and Expenses (Filing Nos. 147 and 148) are granted, in part;

  2. The parties' Joint Stipulation Regarding Attorney Fees and Expenses (Filing No. 153), is approved; and

  3. Attorney fees and expenses in the combined, total, amount of $67,951.60, are payable by the Defendant to the Plaintiff.

Dated this 7th day of April, 2014.

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge